## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| RTI HOLDING COMPANY, LLC, | : | |
| Debtor | : | Case No. 20-12456 |
| | : | |
| | : | |
| RUBY TUESDAY, INC., | : | (Jointly Administered) |
| Plaintiff | : | |
| | : | |
| | : | Adversary Case No. 20-51046-JTD |
| v. | : | |
| | : | |
| MOODY NATIONAL RUBY T. LLC, | : | |
| Defendant | : | |

### DECLARATION OF MARY SMITH OF DEFENDANT MOODY NATIONAL

I, Mary Smith, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am general counsel for Defendant, Moody National Ruby T, LLC ("Moody National").

2. I have personal knowledge of the information contained herein.

3. The copies of Exhibits 1 and 2 attached to the Answering Brief Of Moody National Ruby T, LLC In Opposition To Debtor's Motion For Partial Summary Judgment Regarding First Claim For Relief Asserted In Complaint For Declaratory Relief (the "Answering Brief") are true and correct copies, respectively, of (i) the emails between Moody National and Ruby Tuesday Inc. as reflected on the face of those documents, and (ii) the financial statement submitted to Moody National from the Debtor in the above-captioned cases, which copies of documents are maintained by Moody National in the ordinary course of business.

4. I have reviewed the Answering Brief and the facts stated therein are true and correct except as noted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on January 15, 2021.

_____
Mary Smith

Exhibit "1"

**From:** Teddy Dykoski
**Sent:** Tuesday, January 5, 2021 9:03 AM
**To:** Mary Smith <MSmith@MoodyNational.com>
**Subject:** FW: Ruby Tuesday Payment Options

**From:** Will McManus <WMcManus@rubytuesday.com>
**Sent:** Wednesday, August 19, 2020 8:31 AM
**To:** Robert Engel <REngel@MoodyNational.com>
**Cc:** Brett Moody <BMoody@MoodyNational.com>; Teddy Dykoski <TDykoski@MoodyNational.com>; Adam Wilk <awilk@sneedvine.com>; Emily Hejl <ehejl@sneedvine.com>
**Subject:** RE: Ruby Tuesday Payment Options

Hi Robert,

Thanks for sending this over. Attached is a version reflecting changes made after comments on our end.

Thanks,

**Will McManus** | Legal Specialist

**Ruby**Tuesday, Inc.

Office: (865) 379-5795

Cell: (931) 205-3806

Email: wmcmanus@rubytuesday.com

Address: 333 East Broadway Ave, Maryville, TN 37804

**Exhibit 1**

**Be Real  Do Good  Walk Together**

NOTICE  The information contained in this electronic mail ("e mail") transmission is intended only for the use of the individual or entity to which it is directed.  It may contain information that is privileged or confidential.  It should not be copied or forwarded to any unauthorized persons   If you have received this transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply e-mail or by calling 865-379-5795, so that our address record may be corrected.  Personal messages and attachments express the views of the sender and are not to be attributed to Ruby Tuesday, Inc

---

**From:** Robert Engel <REngel@MoodyNational.com>
**Sent:** Wednesday, August 19, 2020 8:59 AM
**To:** Will McManus <WMcManus@rubytuesday.com>
**Cc:** Brett Moody <BMoody@MoodyNational.com>; Teddy Dykoski <TDykoski@MoodyNational.com>; Adam Wilk <awilk@sneedvine.com>; Emily Hejl <ehejl@sneedvine.com>; Robert Engel <REngel@MoodyNational.com>
**Subject:** RE: Ruby Tuesday Payment Options

Please find revised letter agreement for Ruby Tuesday Plymouth Meeting reflecting our comments.

Please let me know if you have any questions.

Thank you.

Robert W. Engel

Chief Financial Officer

Moody National Companies

6363 Woodway, Suite 110

Houston, Texas 77057

713/977-7500

rengel@moodynational.com

moodynational.com

---

**From:** Will McManus [mailto:WMcManus@rubytuesday.com]
**Sent:** Thursday, August 13, 2020 8:28 AM

**To:** Robert Engel   <REngel@MoodyNational.com>
**Cc:** Brett Moody <BMoody@MoodyNational.com>; Teddy Dykoski <TDykoski@MoodyNational.com>; Adam Wilk <awilk@sneedvine.com>; Emily Hejl <ehejl@sneedvine.com>
**Subject:** RE: Ruby Tuesday Payment Options

Robert,

Attached is a letter agreement for this deal. If you'd like to review and sign as appropriate before sending back we can get this one wrapped up.

Thanks much,

**Will McManus** | Legal Specialist

**Ruby**Tuesday, Inc.

Office: (865) 379-5795

Cell: (931) 205-3806

Email: wmcmanus@rubytuesday.com

Address: 333 East Broadway Ave, Maryville, TN 37804

**Be Real. Do Good. Walk Together.**

NOTICE: The information contained in this electronic mail ("e-mail") transmission is intended only for the use of the individual or entity to which it is directed.  It may contain information that is privileged or confidential.  It should not be copied or forwarded to any unauthorized persons.  If you have received this transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply e-mail or by calling 865-379-5795, so that our address record may be corrected.  Personal messages and attachments express the views of the sender and are not to be attributed to Ruby Tuesday, Inc.

---

**From:** Robert Engel <REngel@MoodyNational.com>
**Sent:** Wednesday, August 5, 2020 12:31 PM
**To:** Will McManus <WMcManus@rubytuesday.com>
**Cc:** Brett Moody <BMoody@MoodyNational.com>; Teddy Dykoski <TDykoski@MoodyNational.com>; Adam Wilk <awilk@sneedvine.com>; Emily Hejl <ehejl@sneedvine.com>; Robert Engel <REngel@MoodyNational.com>
**Subject:** RE: Ruby Tuesday Payment Options

Please prepare document setting forth our agreement.

Thank you.

Robert W. Engel

Chief Financial Officer

Moody National Companies

6363 Woodway, Suite 110

Houston, Texas 77057

ph  713  977  7500

fax 713-977-3040

direct 713  273  6604

REngel@MoodyNational.com

www.moodynational.com

---

**From:** Robert Engel
**Sent:** Wednesday, August 5, 2020 9:59 AM
**To:** 'Will McManus' <WMcManus@rubytuesday.com>
**Cc:** Brett Moody <BMoody@MoodyNational.com>; Teddy Dykoski <TDykoski@MoodyNational.com>; Adam Wilk <awilk@sneedvine.com>; Emily Hejl <ehejl@sneedvine.com>; Robert Engel <REngel@MoodyNational.com>
**Subject:** RE: Ruby Tuesday Payment Options


I will get back to you shorty regarding a document memorializing our agreement.


Thank you.


Robert W. Engel

Chief Financial Officer

Moody National Companies

6363 Woodway, Suite 110

Houston, Texas 77057

713/977 7500

rengel@moodynational.com

moodynational.com

---

**From:** Will McManus [mailto:WMcManus@rubytuesday.com]
**Sent:** Wednesday, August 5, 2020 9:32 AM
**To:** Robert Engel <REngel@MoodyNational.com>
**Cc:** Brett Moody <BMoody@MoodyNational.com>; Teddy Dykoski <TDykoski@MoodyNational.com>; Adam Wilk <awilk@sneedvine.com>; Emily Hejl <ehejl@sneedvine.com>
**Subject:** RE: Ruby Tuesday Payment Options

Robert,

Ruby Tuesday accepts the deal you outlined below. Would you like me to draft up a document memorializing our agreement so we can get this all signed up?

Thanks,

**Will McManus** | Legal Specialist

**Ruby**Tuesday, Inc.

Office: (865) 379-5795

Cell: (931) 205-3806

Email: wmcmanus@rubytuesday.com

Address: 333 East Broadway Ave, Maryville, TN 37804

**Be Real. Do Good. Walk Together.**

NOTICE: The information contained in this electronic mail ("e-mail") transmission is intended only for the use of the individual or entity to which it is directed.  It may contain information that is privileged or confidential.  It should not be copied or forwarded to any unauthorized persons.  If you have received this transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply e-mail or by calling 865-379-5795, so that our address record may be corrected.  Personal messages and attachments express the views of the sender and are not to be attributed to Ruby Tuesday, Inc.

**From:** Robert Engel <REngel@MoodyNational.com>
**Sent:** Monday, August 3, 2020 10:33 AM
**To:** Will McManus <WMcManus@rubytuesday.com>
**Cc:** Brett Moody <BMoody@MoodyNational.com>; Teddy Dykoski <TDykoski@MoodyNational.com>; Adam Wilk <awilk@sneedvine.com>; Emily Hejl <ehejl@sneedvine.com>
**Subject:** RE: Ruby Tuesday Payment Options

Okay, thank you.

Robert W. Engel

Chief Financial Officer

Moody National Companies

6363 Woodway, Suite 110

Houston, Texas 77057

ph. 713-977-7500

fax 713-977-3040

direct 713-273-6604

REngel@MoodyNational.com

www.moodynational.com

---

**From:** Will McManus <WMcManus@rubytuesday.com>
**Sent:** Monday, August 3, 2020 9:16 AM
**To:** Robert Engel <REngel@MoodyNational.com>
**Cc:** Brett Moody <BMoody@MoodyNational.com>; Teddy Dykoski <TDykoski@MoodyNational.com>; Adam Wilk <awilk@sneedvine.com>; Emily Hejl <ehejl@sneedvine.com>
**Subject:** RE: Ruby Tuesday Payment Options

Robert,

I'll present that offer to our team here. I should have an answer to you within the next two days.

Thanks much,

**Will McManus** | Legal Specialist

**Ruby**Tuesday, Inc.

Office: (865) 379-5795

Cell  (931) 205  3806

Email: wmcmanus@rubytuesday.com

Address: 333 East Broadway Ave, Maryville, TN 37804

**Be Real. Do Good. Walk Together.**


NOTICE: The information contained in this electronic mail ("e-mail") transmission is intended only for the use of the individual or entity to which it is directed.  It may contain information that is privileged or confidential.  It should not be copied or forwarded to any unauthorized persons.  If you have received this transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply e-mail or by calling 865-379-5795, so that our address record may be corrected.  Personal messages and attachments express the views of the sender and are not to be attributed to Ruby Tuesday, Inc.

---

**From:** Robert Engel <REngel@MoodyNational.com>
**Sent:** Monday, August 3, 2020 9:57 AM
**To:** Will McManus <WMcManus@rubytuesday.com>
**Cc:** Brett Moody <BMoody@MoodyNational.com>; Teddy Dykoski <TDykoski@MoodyNational.com>; Adam Wilk <awilk@sneedvine.com>; Emily Hejl <ehejl@sneedvine.com>; Robert Engel <REngel@MoodyNational.com>
**Subject:** RE: Ruby Tuesday Payment Options


With resumption of regular scheduled rent on August 1, 2020, we would be willing to defer payment of the past due rent of April, May, June and July 2020 until 2021, when the past due rent could be paid in 12 equal monthly installments beginning January 1, 2021.


Please let me know if this is acceptable to Ruby Tuesday.


Please let me know if you have any questions.


Thank you.


Robert W. Engel

Chief Financial Officer

Moody National Companies

6363 Woodway, Suite 110

Houston, Texas 77057

ph  713 977 7500

fax 713-977-3040

direct 713 273 6604

REngel@MoodyNational.com

www.moodynational.com

---

**From:** Will McManus <WMcManus@rubytuesday.com>
**Sent:** Thursday, July 30, 2020 8:59 AM
**To:** Robert Engel <REngel@MoodyNational.com>
**Cc:** Brett Moody <BMoody@MoodyNational.com>; Teddy Dykoski <TDykoski@MoodyNational.com>; Adam Wilk <awilk@sneedvine.com>; Emily Hejl <ehejl@sneedvine.com>
**Subject:** RE: Ruby Tuesday Payment Options

Hi Robert,

I appreciate your willingness to let us defer some of the rent at this time, but given the sales at this location I do not believe the store can support payments exceeding $21,000 for rent beginning in August 2020. As you've seen from our sales numbers we're barely breaking $40,000 gross right now.

As more sales numbers come in I don't really see the store being able to support something like that in the near future. However, what I think we could do is schedule payment of April and May rent amounts in equal installments over 2021 and payment of June and July rent amounts in equal installments over 2022. If you are willing to do that alongside resuming ordinary payments in August that is something I think I could find approval for amongst our executives and lenders here.

Let me know if this is something workable for you or if you'd like to discuss further. I can be reached at 931-205-3806 if you'd like to talk directly.

Thanks,

**Will McManus** | Legal Specialist

**Ruby****Tuesday, Inc.**

Office  (865) 379 5795

Cell: (931) 205-3806

Email  wmcmanus@rubytuesday.com

Address: 333 East Broadway Ave, Maryville, TN 37804

**Be Real. Do Good. Walk Together.**

NOTICE: The information contained in this electronic mail ("e-mail") transmission is intended only for the use of the individual or entity to which it is directed.  It may contain information that is privileged or confidential.  It should not be copied or forwarded to any unauthorized persons.  If you have received this transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply e-mail or by calling 865-379-5795, so that our address record may be corrected.  Personal messages and attachments express the views of the sender and are not to be attributed to Ruby Tuesday, Inc.

**From:** Robert Engel <REngel@MoodyNational.com>
**Sent:** Thursday, July 30, 2020 9:38 AM
**To:** Will McManus <WMcManus@rubytuesday.com>
**Cc:** Brett Moody <BMoody@MoodyNational.com>; Teddy Dykoski <TDykoski@MoodyNational.com>; Adam Wilk <awilk@sneedvine.com>; Emily Hejl <ehejl@sneedvine.com>; Robert Engel <REngel@MoodyNational.com>
**Subject:** Ruby Tuesday Payment Options

> **CAUTION:** This email originated from outside of the organization. **DO NOT CLICK** links or open attachments unless you recognize the sender and know the content is safe.

Mr. McManus,

I response to your request for rent relief at Ruby Tuesday's restaurant in Plymouth Meeting, Penn., you may pay the delinquent rent for April, May, June and July 2020 in 12 equal monthly installments beginning August 1, 2020 and resume regular rent payments per the lease on August 1, 2020.

Please let me know if you have any questions.

Thank you.

Robert W. Engel

Chief Financial Officer

Moody National Companies

6363 Woodway, Suite 110

Houston, Texas 77057

ph  713 977 7500

fax 713-977-3040

direct 713 273 6604

REngel@MoodyNational.com

www.moodynational.com

---

**From:** Teddy Dykoski
**Sent:** Wednesday, July 8, 2020 5:58 PM
**To:** Brett Moody <BMoody@MoodyNational.com>
**Cc:** Lucy Tovar <LTovar@MoodyNational.com>; Robert Engel <REngel@MoodyNational.com>
**Subject:** Fwd: Ruby Tuesday Payment Options

Ruby Tuesday annual and monthly sale numbers are attached.

Teddy Dykoski

Moody National Companies

6363 Woodway Dr, Suite 110

Houston, Texas 77057

(713) 273-6613 (Direct)

(713) 724-6026 (Cell)

TDykoski@MoodyNational.com

Begin forwarded message:

> **From:** Will McManus <WMcManus@rubytuesday.com>
> **Date:** July 8, 2020 at 8:51:41 AM CDT
> **To:** Teddy Dykoski <TDykoski@MoodyNational.com>
> **Subject: RE:  Ruby Tuesday Payment Options**

Teddy,

Sorry for the delay. Attached are both overall yearly sales from the last couple years as well as monthly sales to the degree we have those numbers in 2020  Hope this is helpful and if you need anything else please let me know.

Thanks,

**Will McManus** | Legal

**Ruby**Tuesday, Inc.

Office: (865) 379-5795

Email  wmcmanus@rubytuesday.com

Address: 333 East Broadway Ave, Maryville, TN 37804

**Be Real. Do Good. Walk Together.**

---

**From:** Teddy Dykoski <TDykoski@MoodyNational.com>
**Sent:** Tuesday, July 7, 2020 11:14 AM
**To:** Will McManus <WMcManus@rubytuesday.com>
**Subject:** RE: Ruby Tuesday Payment Options

Will,

I'm following up on the request below.  In order for us to analyze the options and provide a meaningful response, can you please send the past yearly sales and monthly sales for 2020?

Thank you,

Teddy

Teddy Dykoski

Moody National Companies

6363 Woodway Dr, Suite 110

Houston, Texas 77057

(713) 273-6613 (Direct)

(713) 724 6026 (Cell)

TDykoski@MoodyNational.com

---

**From:** Teddy Dykoski
**Sent:** Friday, June 26, 2020 1:21 PM
**To:** 'Will McManus' <WMcManus@rubytuesday.com>
**Subject:** RE: Ruby Tuesday Payment Options

Will,

Thank you for the phone call and follow up email.  In order for us to analyze the options and provide a meaningful response, can you please send the past yearly sales and monthly sales for 2020?

Thank you,

Teddy

Teddy Dykoski

Moody National Companies

6363 Woodway Dr, Suite 110

Houston, Texas 77057

(713) 273-6613 (Direct)

(713) 724-6026 (Cell)

TDykoski@MoodyNational.com

**From:** Will McManus <WMcManus@rubytuesday.com>
**Sent:** Thursday, June 25, 2020 8:13 AM
**To:** Teddy Dykoski <TDykoski@MoodyNational.com>
**Subject:** Ruby Tuesday Payment Options

Hi Teddy,

Thanks for taking the time to talk yesterday, I really appreciate it. Outlined below is a written summary of some of our options going forward. If you have any further questions or need further information I'll be happy to provide it.

Option 1 involves a full abatement of April rent and repayment of May and June rent over 2021 in twelve equal, monthly installments.

Option 2 involves repayment of April rent over 2021 in twelve equal, monthly installments and a rent increase over some longer period (often the life of the lease) that covers May and June rent as well as some extra in consideration of the longer repayment.

Secondly, we really need to move to either cut rent in the immediate future or switch to rent as a percentage of gross sales. Even with restrictions lifting we're either being throttled by 50% seating limits or consumer caution. As such, we would like to see a switch to percent rent for the next 18 months or some sort of immediate rent reduction to help us get through until demand picks back up. Obviously, if the percent rent idea sounds feasible I can get you both our past yearly sales as well as monthly numbers from 2020 so we can come to an informed agreement on what makes sense there.

Thanks,

**Will McManus** | Legal

**Ruby**Tuesday, Inc.

Office: (865) 379-5795

Email: wmcmanus@rubytuesday.com

Address: 333 East Broadway Ave, Maryville, TN 37804

**Be Real. Do Good. Walk Together.**

**4 Wall - Rest Mini**
Period: 12 of 2020 ending on 6/2/2020

**RUBY TUESDAY INC**

| Period to Date | | | | Show GL Detail | Year to Date | | | |
|---|---|---|---|---|---|---|---|---|
| Current | % | Prior Year | % | 3229 - PLYMOUTH MEETING | Current | % | Prior Year | % |
| 131 | 0.45 | 10,863 | 6.00 | Liquor Sales | 90,292 | 5.44 | 112,890 | 5.23 |
| 0 | 0.00 | 7,293 | 4.03 | Beer Sales | 65,163 | 3.93 | 87,800 | 4.07 |
| 0 | 0.00 | 5,064 | 2.80 | Wine Sales | 47,893 | 2.89 | 64,472 | 2.99 |
| 131 | 0.45 | 23,220 | 12.82 | **Total Beverage Sales** | 203,348 | 12.26 | 265,161 | 12.28 |
| 22,207 | 75.84 | 148,985 | 82.25 | Food Sales / In Rest | 1,352,140 | 81.52 | 1,847,795 | 85.59 |
| 20,318 | 69.39 | 18,575 | 10.25 | To-Go / Retail Sales | 239,532 | 14.44 | 181,408 | 8.40 |
| 42,525 | 145.23 | 167,560 | 92.51 | **Total Gross Food Sales** | 1,591,672 | 95.96 | 2,029,203 | 93.99 |
| 42,656 | 145.67 | 190,780 | 105.33 | **TOTAL GROSS SALES** | 1,795,020 | 108.22 | 2,294,364 | 106.27 |
| (13,374) | (45.67) | (9,649) | (5.33) | Total Discounts | (136,344) | (8.22) | (135,410) | (6.27) |
| 0 | 0.00 | 0 | 0.00 | Other Rest Income | 0 | 0.00 | 0 | 0.00 |
| 29,282 | 100.00 | 181,131 | 100.00 | **NET RESTAURANT SALES** | 1,658,676 | 100.00 | 2,158,955 | 100.00 |
| 48 | 36.51 | 3,587 | 33.02 | Liquor Cost | 29,161 | 32.30 | 34,787 | 30.81 |
| 328 | 0.00 | 1,836 | 25.18 | Beer Cost | 15,956 | 24.49 | 20,851 | 23.75 |
| 235 | 0.00 | 1,663 | 32.85 | Wine Cost | 15,458 | 32.28 | 21,837 | 33.87 |
| 611 | 466.61 | 7,086 | 30.52 | **Total Beverage Cost** | 60,575 | 29.79 | 77,474 | 29.22 |
| 13,880 | 32.64 | 40,421 | 24.12 | Food Costs | 389,509 | 24.47 | 501,593 | 24.72 |
| 14,491 | 33.97 | 47,507 | 24.90 | **Total COGS (% Gross Sales)** | 450,084 | 25.07 | 579,067 | 25.24 |
| 14,491 | 49.49 | 47,507 | 26.23 | **COGS (% Net Sales)** | 450,084 | 27.14 | 579,067 | 26.82 |
| 3,806 | 13.00 | 29,696 | 16.39 | Direct Labor (incl SL) | 290,498 | 17.51 | 347,923 | 16.12 |
| 8,577 | 29.29 | 13,365 | 7.38 | Management Labor | 122,530 | 7.39 | 210,358 | 9.74 |
| (3,200) | (10.93) | 846 | 0.47 | Manager Bonus | 8,200 | 0.49 | 5,809 | 0.27 |
| 2,617 | 8.94 | 9,893 | 5.46 | Taxes & Benefits | 92,293 | 5.56 | 122,469 | 5.67 |
| 11,799 | 40.30 | 53,800 | 29.70 | **Total Labor** | 513,521 | 30.96 | 686,559 | 31.80 |
| 26,290 | 89.78 | 101,307 | 55.93 | **Total Prime Cost** | 963,605 | 58.09 | 1,265,626 | 58.62 |
| 2,991 | 10.22 | 79,824 | 44.07 | **Prime Margin** | 695,072 | 41.91 | 893,329 | 41.38 |
| 2,975 | 10.16 | 3,959 | 2.19 | Utilities | 59,839 | 3.61 | 72,890 | 3.38 |
| 1,125 | 3.84 | 4,122 | 2.28 | Supplies | 42,480 | 2.56 | 63,845 | 2.96 |
| (42) | (0.14) | 2,548 | 1.41 | Repairs & Maintenance | 40,264 | 2.43 | 61,773 | 2.86 |
| 743 | 2.54 | 2,713 | 1.50 | Credit Card & Bank Fees | 29,143 | 1.76 | 36,303 | 1.68 |
| (63) | (0.21) | (85) | (0.05) | O/S, Chargebacks, Penalties | 1,656 | 0.10 | 990 | 0.05 |
| 680 | 2.32 | 2,627 | 1.45 | Total Cash Handling | 30,800 | 1.86 | 37,293 | 1.73 |
| 7,484 | 25.56 | 3,792 | 2.09 | Contract Services | 41,433 | 2.50 | 29,376 | 1.36 |
| 959 | 3.28 | (5,548) | (3.06) | Other Operating Expenses | 14,616 | 0.88 | 85,367 | 3.95 |
| (10,190) | (34.80) | 68,324 | 37.72 | **MOP - Manager Operating Profit** | 465,640 | 28.07 | 542,784 | 25.14 |
| 820 | 2.80 | 14,674 | 8.10 | Marketing | 67,550 | 4.07 | 115,811 | 5.36 |
| (11,011) | (37.60) | 53,650 | 29.62 | **EBITDAR** | 398,090 | 24.00 | 426,973 | 19.78 |
| 13,435 | 45.88 | 14,238 | 7.86 | Cash Rent | 177,978 | 10.73 | 170,859 | 7.91 |
| 999 | 3.41 | 1,161 | 0.64 | CAM | 14,151 | 0.85 | 14,148 | 0.66 |
| 8,034 | 27.44 | 8,701 | 4.80 | Property Taxes | 108,492 | 6.54 | 99,426 | 4.61 |
| 22,468 | 76.73 | 24,100 | 13.31 | **Total Occupancy** | 300,621 | 18.12 | 284,433 | 13.17 |
| (33,478) | (114.33) | 29,550 | 16.31 | **4 WALL EBITDA** | 97,469 | 5.88 | 142,540 | 6.60 |
| | | | | FYI Only: | | | | |
| (13,390) | (45.73) | 69,170 | 38.19 | MOP before Bonus | 473,840 | 28.57 | 548,593 | 25.41 |
| (32,658) | (111.53) | 44,224 | 24.42 | 4 Wall before Marketing | 165,019 | 9.95 | 258,351 | 11.97 |

**Exhibit 2**