## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 15, 2021, I caused copies of the foregoing brief to be served by first-class mail, postage prepaid, upon:

> Richard M. Pachulski, Esquire
> Malhar S. Pagay, Esquire
> James E. O'Neill, Esquire
> Victoria A. Newmark, Esquire
> Pachulski Stang Ziehl & Jones LLP
> 919 Market Street, 17th Floor
> Wilmington, DE  19899-8705

Dated:  January 15, 2021          /s/ Adam Hiller
        Wilmington, Delaware     Adam Hiller (DE No. 4105)
                                 HILLER LAW, LLC
                                 1500 North French Street
                                 Wilmington, Delaware 19801
                                 (302) 442-7677 telephone
                                 ahiller@adamhillerlaw.com

                                 *Counsel for Moody National Ruby T, LLC*