#### IN THE UNITED STATES BANKRUPTCY COURT
#### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RTI HOLDING COMPANY, LLC, *et al.*,[1] | ) | Case No. 20-12456 (JTD) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |
| RUBY TUESDAY, INC., | ) | |
| | ) | |
| Plaintiff. | ) | Adv. Case No. 20-51046-JTD |
| | ) | |
| vs. | ) | |
| | ) | |
| MOODY NATIONAL RUBY T LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among Ruby Tuesday, Inc., plaintiff in the above-captioned adversary proceeding ("Plaintiff") and Moody National Ruby T LLC ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Federal Rule of Bankruptcy Procedure 7041 that, pursuant and subject in all respects to the provisions of

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: RTI Holding Company, LLC (4966); Ruby Tuesday, Inc. (5239); Ruby Tuesday, LLC (1391); RTBD, LLC (6505); RT of Carroll County, LLC (8836); RT Denver Franchise, L.P. (2621); RT Detroit Franchise, LLC (8738); RT Distributing, LLC (6096); RT Finance, LLC (7242); RT FL Gift Cards, Inc. (2189); RT Florida Equity, LLC (7159); RT Franchise Acquisition, LLC (1438); RT of Fruitland, Inc. (1103); RT Indianapolis Franchise, LLC (6016); RT Jonesboro Club (2726); RT KCMO Franchise, LLC (7020); RT Kentucky Restaurant Holdings, LLC (7435); RT Las Vegas Franchise, LLC (4969); RT Long Island Franchise, LLC (4072); RT of Maryland, LLC (7395); RT Michiana Franchise, LLC (8739); RT Michigan Franchise, LLC (8760); RT Minneapolis Franchise, LLC (2746); RT Minneapolis Holdings, LLC (7189); RT New England Franchise, LLC (4970); RT New Hampshire Restaurant Holdings, LLC (7438);  RT New York Franchise, LLC (1154); RT Omaha Franchise, LLC (7442); RT Omaha Holdings, LLC (8647); RT One Percent Holdings, LLC (6689); RT One Percent Holdings II, LLC (2817); RT Orlando Franchise, LP (5105); RT Restaurant Services, LLC (7283); RT South Florida Franchise, LP (3535); RT Southwest Franchise, LLC (9715); RT St. Louis Franchise, LLC (6010); RT Tampa Franchise, LP (5290); RT Western Missouri Franchise, LLC (6082); RT West Palm Beach Franchise, LP (0359); RTTA, LP (0035); RTT Texas, Inc. (2461); RTTT, LLC (9194); Ruby Tuesday of Allegany County, Inc. (8011); Ruby Tuesday of Bryant, Inc. (6703); Ruby Tuesday of Columbia, Inc. (4091); Ruby Tuesday of Frederick, Inc. (4249); Ruby Tuesday of Linthicum, Inc. (8716); Ruby Tuesday of Marley Station, Inc. (1641); Ruby Tuesday of Pocomoke City, Inc. (0472); Ruby Tuesday of Russellville, Inc. (1601); and  Ruby Tuesday of Salisbury, Inc. (5432). The Debtors' mailing address is 333 East Broadway Ave., Maryville, TN 37804.

the *Consent Order Re: Moody National Ruby T LLC's Motion to Compel Compliance with Lease of Non-Residential Real Property, Including Payment of Post-Petition Rent and Taxes, or, in the Alternative, Rejection, and Related Relief* [Docket No. 1101 in the above-captioned jointly administered Chapter 11 cases] (the "Consent Order"), Debtor's Complaint is dismissed with prejudice and Defendant's Counterclaim is dismissed as MOOT due to the entry of the Consent Order, with each party to bear its own costs, attorneys' fees, and expenses, except as otherwise provided in the Consent Order.

This stipulation may be executed in one or more separate counterparts, each of which, when so executed, shall be deemed to be an original. Digital and/or physical copies of said counterparts shall be effective as originals for all purposes.

(SIGNATURE PAGE FOLLOWS)

| | |
|---|---|
| Dated: February 19, 2021 | PACHULSKI STANG ZIEHL & JONES LLP |

*/s/ James E. O'Neill*
Richard M. Pachulski (CA Bar No. 90073)
Malhar S. Pagay (CA Bar No. 189289)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware  19899-8705 (Courier 19801)
Telephone:  302-652-4100
Facsimile:   302-652-4400
Email: rpachulski@pszjlaw.com
          mpagay@pszjlaw.com
          joneill@pszjlaw.com

Counsel to the Reorganized Debtors

| | |
|---|---|
| Dated: February 25, 2021 | HILLER LAW, LLC |

*/s/ Adam Hiller*
Adam Hiller, Esq. (DE Bar No. 4105)
1500 North French Street
Wilmington, Delaware  19801
Telephone:  302-442-7677
Email: ahiller@adamhillerlaw.com

Counsel to Moody National Ruby T LLC